```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
E.F.,

               Plaintiff,            19cv10251 (JGK)

    - against -               ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION et al.,

              Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The May 26, 2020 conference is canceled. The parties should submit a Rule 26(f) report by May 29, 2020.

**SO ORDERED.**

Dated:    New York, New York
            May 20, 2020           /s/ John G. Koeltl
                                        John G. Koeltl
                             United States District Judge