```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
E.F.,

                    Plaintiff,              19cv10251 (JGK)

       - against -                          ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION et al.,

                    Defendants.
------------------------------------
```

JOHN G. KOELTL, District Judge:

This case is referred to the Magistrate Judge for settlement. The parties should report to the Court within seven days of the conclusion of settlement discussions and provide a new Rule 26(f) report to the Court if necessary.

SO ORDERED.

Dated:   New York, New York
         June 1, 2020                 ___/s/ John G. Koeltl_____
                                           John G. Koeltl
                                      United States District Judge