UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.F.,

                Plaintiff,

    against

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

CIVIL ACTION NO.:  19 Civ. 10251 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On Wednesday, June 17, 2020, Defendants' counsel, copying Plaintiff's counsel, emailed an emergency request to adjourn the Settlement Conference scheduled for Thursday, June 25, 2020.  In light of the request, the conference is adjourned sine die.  The parties are directed to file, by **Thursday, June 25, 2020**, a joint letter stating whether the parties have reached a settlement and, if not, listing three dates in each of July, August, and September on which the parties are available for settlement conference with the Court.  On the listed dates, the parties must specify availability for a three-hour conference beginning at 10:00 am or 2:00 pm, or both.

Dated:     New York, New York
           June 18, 2020

SO ORDERED

_Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**