THE LAW OFFICE OF

# ELISA HYMAN, P.C.

August 1, 2020

**BY ECF**
Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: *E.F. et al., v. New York City Department of Education, et al.,*
       1:19-cv-10251 (JGK)

Dear Judge Cave:

I write jointly with Defendant's counsel to advise the Court that the parties have reached a settlement in principal. Accordingly, we respectfully request that Your Honor adjourn the August 7, 2020 conference *sine dine* to allow the parties 30 days to submit the proposed stipulation to the Court.  We will be sending a letter to Judge Koeltl to advise him of the status.

Thank you for Your Honor's consideration of this request.

          Respectfully,


          */s/ Elisa Hyman*
          _____
          Elisa Hyman
          Counsel for the Plaintiffs


cc: Lana Koroleva, Esq. Assistant Corporation Counsel

The parties' joint Letter-Motion (ECF No. 25) is GRANTED.  The Settlement Conference scheduled for Friday, August 7, 2020, is adjourned <u>sine</u> <u>die</u>. The parties are directed to file a stipulation of dismissal, directed to the Honorable John G. Koeltl, by **Thursday, September 3, 2020**.

SO-ORDERED 8/3/2020

SARAH L. CAVE
United States Magistrate Judge

1115 Broadway, 12TH FL.
New York, NY 10010
Ph: 646-572-9064/Fax: 646-572-9065
www.specialedlawyer.com